E-FILED
Wednesday, 25 June, 2008 03:21:31 PM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

SEALED

UNITED STATES OF AMERICA

v.

DARNELL C. BURRIES

FILED
JUN 2 5 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, ILLINOIS

CRIMINAL COMPLAINT

CASE NUMBER: 08-MJ-7228

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __May 28, 2008__ in __Macon__ county, in the __Central__ District of __Illinois__ defendant(s) did:

knowingly possess a firearm that had previously traveled in interstate commerce, having been previously convicted in the State of Illinois of a felony,

in violation of Title __18__ United States Code, Section(s) __922(g)__

I further state that I am a(n) __Decatur Police Detective__ and that this complaint is based on the following facts:
Official Title

See attached affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

x _D. Dailey #329_
Signature of Complainant

Sworn to before me and subscribed in my presence,

June 25, 2008                                      at      Urbana, Illinois
Date                                                        City and State

David G. Bernthal
U.S. Magistrate Judge                              _David G. Bernthal_
Name & Title of Judicial Officer                   Signature of Judicial Officer

# AFFIDAVIT

Detective David Dailey, being first duly sworn, hereby states:

1. I have been a Police Officer for the City of Decatur Police Department for the past 12 years. During the past eight years, I have been assigned as a Detective with the Street Crimes Unit.

2. This affidavit is made in support of a criminal complaint and arrest warrant charging Darnell C. Burries with felon in possession of a firearm, in violation of Title 18, United States Code, Section 922(g).

3. I am familiar with the following facts through my own observation and investigation and through information officially supplied to me by other law enforcement agents.

4. On May 28, 2008 at approximately 10:40 p.m. officers with the City of Decatur Police Department were dispatched to 1525 S. Fairview #1 in reference to a man named Darnell threatening people with a gun he had in his possession. The caller indicated Darnell was wearing a red t-shirt. When officers arrived on the scene, neighbors advised officers that Darnell resides at 1525 S. Fairview #25.

5. Officers observed Darnell C. Burries standing in the doorway of 1525 S. Fairview #25 and he was detained pending the investigation. Officers did not locate any weapons on the person of Burries but did observe he was bleeding from an injury to his face.

6. Officers conducted interviews of several people who had witnessed the incident. Jared S. Stevens, a resident of the trailer park, informed officers that Burries pulled into the trailer park and was playing his stereo at a high level. Stevens told officers that someone said something to Burries about the stereo being too loud. Burries then approached Stevens and began yelling at him about other people playing their music loud. Stevens said Burries said something to him about getting a gun and then walked towards his (Burries's) trailer out of Stevens's view. A few moments later, Burries began walking back towards Stevens. When Burries was approximately six feet away from Stevens, he pointed a small silver handgun directly at Stevens's face and chest area. Stevens advised officers that Burries pulled the trigger and he heard the gun "click" at least one time. Stevens told officers that when he heard the gun click, he hit Burries in the face with a baseball bat.

7. Officers also spoke to Theresa and Lonnie Sinnard who were pulling into the trailer park in their truck during the incident. Both Theresa and Lonnie advised officers that they observed a man wearing a red shirt point a small silver handgun at a white male. Theresa and Lonnie advised officers that they heard the gun make a clicking sound three times. Theresa and Lonnie advised officers that the white male then hit the man in the red shirt with a baseball bat.

8. Officers spoke with Dawn Stanley and James Maynard who witnessed some of the incident. Stanley told officers she observed a man armed with a silver object she

thought was a gun. Stanley advised officers she observed this man point the silver object at Steven's chest at which time she ran into her house. Maynard stated he observed his neighbor, Darnell Burries, walking away from trailer #25 holding a small silver handgun. Maynard advised officers he observed Burries trying to rack the slide while he was walking with it.

9. During the investigation, officers conducted a search of Burries residence at 1525 S. Fairview #25. During the search, officers found a single .22 caliber bullet on the bathroom floor. Officers observed what appeared to be fresh blood near this bullet. During a search of a bedroom, officers recovered a small silver Jennings, model "J-22", .22 caliber semi-automatic handgun, serial number 693911, from a container in the closet. Officers also located numerous articles of men's clothing which appeared to fit Burries in the bedroom. The handgun had a substance on it which appeared to be fresh blood. Officers observed the safety switch on the handgun was in the fire position, a round in the chamber of the handgun, and the slide was partially to the rear. There were several rounds in the magazine. Officers observed that the handgun appeared to have a malfunction which can occur when the slide is racked improperly.

10. At the time of this incident, Burries was on parole through the Illinois Department of Corrections. A criminal history on Burries shows he has served over one year in prison for domestic battery with bodily harm in Macon County, Case No. 01CF-1662, domestic battery with bodily harm in Macon County, Case No. 99CF-1775,

robbery in Macon County, Case No. 97CF-724, and aggravated battery in Macon County, Case No. 93CF-601.

11. Based upon my training and experience, I am aware that Jennings firearms are not made within the State of Illinois. Therefore, the firearm moved across state lines in interstate commerce prior to May 28, 2008.

FURTHER AFFIANT SAYETH NOT,

_____
David Dailey, Detective
Decatur Police Department

Subscribed and sworn to before me this 25 day of June, 2008.

_____
DAVID G. BERNTHAL, Magistrate Judge
United States District Court

-4-