

FILED
JUL - 1 2008
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. CR08-200 |
| Plaintiff, ) | |
| v. ) | IN VIOLATION OF: |
| ) | Title 18, United States Code, Section |
| DARNELL BURRIES, ) | 922(g)(1) |
| Defendant. ) | |

## INDICTMENT

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>

On or about May 28, 2008, in Macon County, in the Central District of Illinois, the defendant,

**DARNELL BURRIES,**

having previously been convicted of a felony offense under the laws of the State of Illinois, knowingly possessed a firearm, namely, a Jennings, Model J-22, .22 caliber, semi-automatic pistol, serial #693911, said firearm having previously traveled in interstate commerce.

In violation of Title 18, United States Code, Section 922(g)(1).

A TRUE BILL.

s/ Foreperson
FOREPERSON

s/ Jeffery B. Lang

s/ RODGER A. HEATON
United States Attorney
CSB