**E-FILED**
Tuesday, 22 July, 2008  11:44:12 AM
Clerk, U.S. District Court, ILCD

AO 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

RECEIVED

2008 JUN 26  A 10: 43

US MARSHALS SERVICE
CENTRAL ILLINOIS

**SEALED**

UNITED STATES OF AMERICA

v.

DARNELL C. BURRIES

## WARRANT FOR ARREST

Case Number: 08- MJ - 7228

To:     The United States Marshal
        and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    DARNELL C. BURRIES

Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment    ☐ Information    ☒ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

**FILED**

charging him or her with (brief description of offense)

unlawful possession of a firearm by a felon,

**JUL 22 2008**

in violation of Title 18, United States Code, Section(s) 922(g).

CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

David G. Bernthal
Name of Issuing Officer

s/ David G. Bernthal
_____ at _____
Signature of Issuing Officer

BAIL FIXED AT $  NONE

UNITED STATES  MAGISTRATE JUDGE
Title of Issuing Officer

June 25, 2008, Urbana, Illinois
Date and Location

by  David G. Bernthal
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above named defendant at _Decatur_ |

| Date Received | Name of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 06/26/08 | David Dailey | Tony Heller |
| Date of Arrest | Title of Arresting Officer | |
| 06/26/08 | Director PD | |