**E-FILED**
Friday, 15 August, 2008  03:25:30 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

UNITED STATES OF AMERICA

      Plaintiff,

v.                                                                    No.: 08-20034

DARNELL BURRIES

      Defendant

*MOTION FOR PRE-PLEA/TRIAL PROBATION REPORT*

    NOW COMES  the Defendant through his attorneys, Richard H. Parsons and John Taylor

of the Federal Public Defender's Office of the Central District of Illinois, and states:

Defendant is a potential ACC in this case where he is charged with felon in possession of a firearm.

Defendant and the USA request that the Court order Probation to prepare a pre-plea/trial criminal

history to determine if indeed  Defendant is an ACC so they may evaluate possible disposition of this

case.   WHEREFORE, Defendant respectfully requests the entry of an Order by the Court to order

Probation to prepare a pre-plea/trial criminal history.

        Respectfully Submitted,

        DARNELL BURRIES, Defendant


        RICHARD H. PARSONS
        Federal Public Defender

           s/John Taylor
      BY:_____
          JOHN TAYLOR
          Assistant Federal Public Defender

1

300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile: (217) 373-0667
Email: John_Taylor@fd.org

### *CERTIFICATE OF SERVICE*

I hereby certify that on August 15, 2008, I electronically filed the foregoing with the Clerk of the

Court using the CM/ECF system which will send notification of such filing to Assistant United

States Attorney Colin S. Bruce.

s/John Taylor

_____

JOHN TAYLOR
Assistant Federal Public Defender
300 West Main Street
Urbana, Illinois 61801
Telephone: (217) 373-0666
Facsimile: (217) 373-0667
Email: John_Taylor@fd.org