E-FILED
Tuesday, 26 August, 2008 04:56:22 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
DANVILLE/URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiff,<br><br>v.<br><br>DARNELL BURRIES<br>    Defendant | No.: 08-CR-20034 |

### *MOTION TO CONTINUE PRETRIAL CONFERENCE DATE AND VACATE TRIAL DATE AND TO EXTEND THE RULE 12.1 MOTION FILING DEADLINE*

NOW COMES the Defendant, by and through his attorneys, Richard H. Parsons and John Taylor of the Federal Public Defender's Office of the Central District of Illinois, and pursuant to Title 18 U.S.C. Section 3161(h)(8), moves this Court for the entry of an Order extending the Rule 12.1 motion filing deadline, and continuing the pretrial conference date, and in support thereof, states as follows:

1.	The Office of the Federal Public Defender was appointed to represent Defendant by United States Magistrate Judge Bernthal.

2.	This is Defendant's <u>FIRST</u> request for a continuance of his pretrial conference and trial dates.

3.	Defense counsel needs more time to review the case and discuss this matter with Defendant so that he can make an informed decision regarding his right to trial.

4.	Thus, in order to protect the defendant's Fifth and Sixth Amendment rights to effective assistance of counsel, due process of law, and a fair trial, the ends of justice will be best served by

extending the Rule 12.1 motion filing deadline and continuing the pretrial conference date and vacating the jury trial date.

    WHEREFORE, Defendant respectfully requests the entry of an Order extending the Rule 12.1 motion filing deadline and continuing the pretrial conference date and vacating jury trial date in this cause.

                                              Respectfully Submitted,

                                              Defendant

                                              RICHARD H. PARSONS
                                              Federal Public Defender

                                              s/John Taylor
BY:_____
                                              JOHN TAYLOR
                                              Assistant Federal Public Defender
                                              300 West Main Street
                                              Urbana, Illinois 61801
                                              Telephone: (217) 373-0666
                                              Facsimile: (217) 373-0667
                                              Email: John_Taylor@fd.org

## *CERTIFICATE OF SERVICE*

I hereby certify that on August 26, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Assistant United States Attorney Colin S. Bruce.

                                        s/John Taylor
                                        _____
                                        JOHN TAYLOR
                                        Assistant Federal Public Defender
                                        300 West Main Street
                                        Urbana, Illinois 61801
                                        Telephone: (217) 373-0666
                                        Facsimile: (217) 373-0667
                                        Email: John_Taylor@fd.org